JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON BIBBS,<br><br>Petitioner,<br><br>v.<br><br>LOS ANGELES SHERIFF DEPT.,<br><br>Respondent. | Case No. CV 21-3947-JVS (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action With Prejudice, IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: June 22, 2021

HONORABLE JAMES V. SELNA
United States District Judge